JONATHAN L. SMOLLER, SBN 137013
*Jonathan.Smoller@offitkurman.com*
NICHOLAS P. ELIADES, SBN 351805
*Nicholas.Eliades@offitkurman.com*
OFFIT KURMAN, P.C.
445 S. Figueroa Street, 18th Floor
Los Angeles, California 90071
Telephone: 213.629.5700
Facsimile: 213.624.9441

Attorneys for Defendant and
Counterclaimant Slower, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CONFLUENT, INC.,<br>Plaintiff,<br>vs.<br>SLOWER, LLC and DOES 1 through 10,<br>Defendants. | Case No. 5:24-cv-04447-SVK<br>Assigned to Hon. Susan Van Keulen<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING DATE ON DISCOVERY**<br>AS MODIFIED BY THE COURT<br><br>Hearing Date: November 3, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 6 – 4th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113 |
| SLOWER, LLC,<br>Counterclaimant,<br>vs.<br>CONFLUENT, INC.,<br>Counterdefendant. | |

Plaintiff and Counterdefendant Confluent, Inc. ("Confluent") and Defendant and Counterclaimant Slower, LLC ("Slower"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 22, 2026, the Court entered a text-only order directing counsel to appear in person for a discovery hearing on November 3, 2026, and to be prepared to remain at the courthouse for the full business day to meet and confer regarding the discovery issues presented in the parties' October 21, 2026 joint discovery submission [Dkt. Nos. 86–87];

WHEREAS, prior to and since the Court set the November 3, 2026 discovery hearing, the parties have engaged in productive settlement negotiations concerning a potential resolution of this action;

WHEREAS, those negotiations have progressed sufficiently that the parties believe an additional week may permit them to finalize and consummate a resolution of the action, potentially obviating the need for the November 3, 2026 discovery hearing and the further discovery proceedings giving rise to that hearing;

WHEREAS, requiring the parties to proceed with the November 3, 2026 discovery hearing while they are actively working to finalize a potential settlement could require the parties and the Court to expend substantial time and resources addressing discovery disputes that may become moot if the parties are able to consummate a resolution;

WHEREAS, the Court has already scheduled a Further Case Management Conference in this action for November 10, 2026, at 9:30 a.m., only one week after the presently scheduled discovery hearing [Dkt Nos. 77-78];

WHEREAS, continuing the discovery hearing to November 10, 2026, would provide the parties a brief and defined period in which to attempt to finalize their settlement while preserving an existing appearance before the Court should a resolution not be consummated;



Offit | Kurman® Attorneys At Law

WHEREAS, the requested continuance would not require the Court to schedule an appearance on an otherwise unscheduled date because the parties are already scheduled to appear before the Court on November 10, 2026, for the Further Case Management Conference;

WHEREAS, if the parties finalize their settlement before November 10, 2026, the discovery disputes presently set for hearing will no longer require adjudication;

WHEREAS, if the parties do not finalize their settlement before November 10, 2026, they will remain available to address the discovery disputes in conjunction with the Further Case Management Conference, or at such other time and in such manner as the Court directs;

WHEREAS, the requested continuance is limited to seven days and is intended to conserve the resources of the parties and the Court while permitting the parties a reasonable opportunity to complete their ongoing settlement efforts, rather than to delay adjudication of the pending discovery disputes;

WHEREAS, the requested continuance will not affect any other presently scheduled deadline or event in this action, except as expressly set forth below;

NOW, THEREFORE, based on the foregoing, the parties, through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, as follows:

1. The discovery hearing presently scheduled for November 3, 2026, shall be continued to November 10, 2026, to be heard in conjunction with the Further Case Management Conference at 9:30 a.m., or to another date and time convenient to the Court.

2. Unless otherwise ordered by the Court, the parties shall continue to comply with the remaining requirements of the Court's October 22, 2026 Order, except that any submission required by noon on November 2, 2026 shall instead be filed by noon one business day before the hearing date.

Offit | Kurman® Attorneys At Law

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 25, 2026

OFFIT KURMAN, P.C.

By: *\/s/ Nicholas P. Eliades*
NICHOLAS P. ELIADES
JONATHAN L. SMOLLER
Attorneys for Defendant and Counterclaimant Slower, LLC

DATED: October 25, 2026

DAVIS WRIGHT TREMAINE LLP

By: *\/s/ Meagan A. Himes*
MEAGAN A. HIMES *(admitted pro hac vice)*
JOHN D. FREED
GRANT DAMON-FENG
SHARON A. JOSEPH *(admitted pro hac vice)*
Attorneys for Plaintiff and Counterdefendant Confluent, Inc.

Offit | Kurman® Attorneys At Law

Offit | Kurman® Attorneys At Law

**Civil Local Rule 5-1 Attestation**

I attest pursuant to Civil Local Rule 5-1(i)(3) that each of the other Signatories have concurred in the filing of this document.

*/s/ Nicholas P. Eliades*
NICHOLAS P. ELIADES

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

1. The discovery hearing presently scheduled for November 3, 2026 is continued to **November 10, 2026, at 1:30 p.m**.

2. ~~Counsel shall appear in person in Courtroom 6, 4th Floor, San Jose Courthouse, 280 South 1st Street, San Jose, California 95113, and shall comply with the requirements imposed by the Court's October 22, 2026 Order.~~

Counsel shall appear by Zoom for both a further CMC and a discovery hearing at this date and time.

3. Any joint discovery submission otherwise required by noon on November 2, 2026, shall be filed by noon one business day before the hearing date.

DATED: October 27, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

Offit | Kurman® Attorneys At Law